UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                        Chapter 13

     JACQUES A CHAMPAGNE
     KEANNA E CHAMPAGNE                             Bankruptcy No. 25-15066-DJB


                    Debtors


TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of
Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in
the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 12/12/2025.

3.      This Motion to Dismiss has been filed for the following reason(s):

   •   Noncompliance with the requirement to submit mandatory documents prior to the 341
       hearing date.

       WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the
Court, after a hearing, enter an Order dismissing this case.

Date: 07/03/2026                               Respectfully submitted,


                                               */s/ Kenneth E. West, Esq.*
                                               Kenneth E. West, Esq.
                                               Standing Chapter 13 Trusteee
                                               190 N. Independence Mall West
                                               Suite 701
                                               Philadelphia, PA  19106
                                               Telephone: (215) 627-1377